DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LINDON CAMPBELL,**
Appellant,

v.

**ALLY FINANCIAL INC.** f/k/a **GMAC,**
Appellee.

No. 4D21-58

[November 17, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Ellen Feld, Judge; L.T. Case Nos. COWE17-013256 and CACE19-12233.

Lindon Campbell, Coral Springs, pro se.

Christina V. Paradowski of Tripp Scott, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***